## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

**COMPLAINT**

DCTN: _____
Lockup No: _____
Case No: _____

District of Columbia ss:

| Defendant's Name: | Aliyah Banks | | | | | 23175614 |
|---|---|---|---|---|---|---|
| | (First) | (MI) | (Last) | | (PDID) | (CCNO) |

| Also Known As: | | | | | |
|---|---|---|---|---|---|
| | (First) | (Middle) | | (Last) | |
| Address: | | | | WASHINGTON DC | |

On or about October 25, 2023, within the District of Columbia, ALIYAH BANKS unlawfully assaulted and threatened TAMIAAH BANKS in a menacing manner. (Assault, in violation of 22 D.C. Code, Section 404 (2001 ed.))

Co-Defendants:

Gary Wilson

Jasmine Curtiss


Subscribed and sworn to before me this __14__ day of _____ November, 2023

_____
Affiant's Name

_____
(Judge)  (Deputy Clerk)

### WARRANT

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:
WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for _____ Aliyah Banks _____
YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued  11/14/23

_____
Judge - Superior Court of the District of Columbia

Title 16: ☐      Rule 105: ☐     Judge: Christian

| Sex: Female | DOB: | CCN: 23175614 | PDID: |
|---|---|---|---|
| Papering Officer: Douglas (7d) | | | Badge No.: |

**OFFICER MUST EXECUTE RETURN**

| Officer's Name: | Date / Time: |
|---|---|
| AUSA Signature: | Fel. I ☐   AFTC ☐   Fel. II ☐ |